SANDRA K. MCBETH, TRUSTEE
2236 S. Broadway
Suite J
Santa Maria, CA 93454
(805) 922-0313

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In Re:<br><br>CANADAY, MATTHEW WINN<br>CANADAY, BETHANI JOY<br><br><br>_____ Debtor(s) | Case No: 9:10-BK-12742RR<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: ZZZ, IN PRO SE

**TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:**

PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 07/26/10 at 08:30am at 128 E. Carrillo, Santa Barbara, CA 93101, for the reason set forth below:

- o  You didn't have adequate identification and/or verification of social security number at the previously scheduled 341(a) meeting previously scheduled in your matter.

- o  Your failure to appear at the previously scheduled 341(a) meeting previously scheduled in your matter.

- o  You are further notified that in the event you do not appear at the time and place listed above, your case will be automatically dismissed.

- ⊗  You appeared at the previously scheduled 341(a) meeting and were requested to provide documentation. You are further notified that in the event you do not appear at the time and place listed above with the requested documentation, or in the alternative, if you do not mail the requested documentation to this office, your case will be automatically dismissed. **Only the trustee can excuse your appearance, otherwise _all_ appearances are mandatory.**

- o  If you do not appear at the above time and place, a Court Ordered 2004 examination will be scheduled. Failure to appear at the 2004 examination may subject you to apprehension by the U.S. Marshal for hearing before the Court and examination.

Dated: July 8, 2010 _____        /s/ Sandra K. McBeth, Chapter 7 Trustee
                                             SANDRA K. MCBETH, TRUSTEE

## PROOF OF SERVICE

STATE OF California, COUNTY OF Santa Barbara

I'm employed in the county of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is 2236 S. Broadway, Suite J, Santa Maria, California 93454.

On July 8, 2010, I served the foregoing document described as Notice of Continued Meetings on the interested parties in this action.

o    By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

CANADAY, MATTHEW WINN
4027 DRY CREEK RD
PASO ROBLES, CA 93446

ZZZ, IN PRO SE  (Sent Via Email Only)

o    **BY MAIL**
- o    I deposited such envelope in the mail at Santa Maria, California. The envelope was mailed with postage thereon fully prepaid.
- o    I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal services on that same day with postage thereon fully prepaid at Santa Maria, California in the ordinary course of business. Executed on July 8, 2010, at Santa Maria, California.
- o    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

July 8, 2010                                                        /s/ Donna Hall-Earnest
                                                                    Donna Hall-Earnest