**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                  Case No. 910 bk-12742-RR

Canaday, Matthew Winn & Canaday, Bethani Joy                                            Chapter 7
                          Debtor(s)

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ___ No ✓

Indicate below which schedule(s) is(are) being amended.

    A ___   B ✓   C ✓   D ___   E ___   F ___   G ___   H ___   I ___   J ___

        Statement of Affairs ___   Statement of Intentions ___   Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

Date: **July 8, 2010**

Signature: _____
                                        *Debtor*

Signature: _____
                              *(Joint Debtor, if any)*

*** FOR COURT USE ONLY ***

$26.00 PAID

FILED
JUL 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: **July 8, 2010**                    *Cnsona Dawes*
                                          *Print or Type Name*


                                          *[signature]*
                                          *Signature*


See attached mailing list

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

Mailing List

U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Sandra McBeth
Bankruptcy Trustee
2236 S. Broadway, Suite J
Santa Maria, CA ~~9454~~
93454

B6B (Official Form 6B) (12/07)

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____ Case No. _____
                                    Debtor(s)                                                                (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 19 inch televistion | J | 20.00 |
| | | Clothing | J | 100.00 |
| | | Couch | J | 40.00 |
| | | Double Bed | J | 50.00 |
| | | Dresser | J | 20.00 |
| | | Dresser | J | 20.00 |
| | | Kitchen Table | J | 100.00 |
| | | Queen Bed | J | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

FILED
JUL 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____ Case No. _____
　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1980 CV 750 Honda Motorcycle | J | 500.00 |
| | | 1994 Honda Accord | J | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Box Furnace - Sold for fair consideration $1,200.00 | J | 0.00 |
| | | Compressor - Sold for fair consideration $1,700.00 | J | 0.00 |
| | | Computer | J | 100.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy                           Case No. _____
                    Debtor(s)                                                                (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Forklift - Sold for fair consideration $2693.75 | J | 0.00 |
| | | Lincoln Ranger 250 - Sold for fair consideration $2,200.00 | J | 0.00 |
| | | Trailers - Sold for fair consideration $200.00 | J | 0.00 |
| | | 2 Playpens | J | 40.00 |
| | | 3 tiny tables | J | 30.00 |
| | | Angle Roll | J | 2,000.00 |
| | | Anvil | J | 300.00 |
| | | Art supplies | J | 25.00 |
| | | Band Saw | J | 150.00 |
| | | Booster seat | J | 5.00 |
| | | CNC Machine | J | 2,500.00 |
| | | Cylinders | J | 100.00 |
| | | Delta Drill Press | J | 100.00 |
| | | Furniture/Fixtures | J | 50.00 |
| | | Games/puzzles | J | 25.00 |
| | | Grinders | J | 100.00 |
| | | Highchair | J | 20.00 |
| | | Iron Worker | J | 2,800.00 |
| | | Lincoln Power Mig 200 | J | 700.00 |
| | | Mealtime utensils | J | 25.00 |
| | | Miller CST 250 | J | 600.00 |
| | | Miller Passport | J | 700.00 |
| | | Plasma Cutter | J | 600.00 |
| | | Play Structure | J | 25.00 |
| | | Power Hand Tools | J | 100.00 |
| | | Storage Container | J | 1,800.00 |
| | | Torches | J | 100.00 |
| | | Toys | J | 100.00 |
| | | Trip Hammer | J | 2,500.00 |
| | | Water Table | J | 10.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____ Case No. _____
                                              Debtor(s)                                       (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 18,105.00 |

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____   Case No. _____
                              Debtor(s)                                                  (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank Account | CCCP § 704.080 | 100.00 | 100.00 |
| 19 inch televistion | CCCP § 704.730(a)(1) | 20.00 | 20.00 |
| Clothing | CCCP § 704.730(a)(1) | 100.00 | 100.00 |
| Couch | CCCP § 704.730(a)(1) | 40.00 | 40.00 |
| Double Bed | CCCP § 704.730(a)(1) | 50.00 | 50.00 |
| Dresser | CCCP § 704.730(a)(1) | 20.00 | 20.00 |
| Dresser | CCCP § 704.730(a)(1) | 20.00 | 20.00 |
| Kitchen Table | CCCP § 704.730(a)(1) | 100.00 | 100.00 |
| Queen Bed | CCCP § 704.730(a)(1) | 50.00 | 50.00 |
| 1980 CV 750 Honda Motorcycle | CCCP § 704.010 | 500.00 | 500.00 |
| 1994 Honda Accord | CCCP § 704.010 | 1,500.00 | 1,500.00 |
| Computer | CCCP § 704.730(a)(1) | 100.00 | 100.00 |
| 2 Playpens | CCCP § 704.060(a)(3) | 40.00 | 40.00 |
| 3 tiny tables | CCCP § 704.060(a)(3) | 30.00 | 30.00 |
| Art supplies | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Booster seat | CCCP § 704.060(a)(3) | 5.00 | 5.00 |
| Games/puzzles | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Highchair | CCCP § 704.060(a)(3) | 20.00 | 20.00 |
| Mealtime utensils | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Play Structure | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Toys | CCCP § 704.060(a)(3) | 100.00 | 100.00 |
| Water Table | CCCP § 704.060(a)(3) | 10.00 | 10.00 |

FILED
JUL 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6B (Official Form 6B) (12/07)

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____ Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 19 inch televistion | J | 20.00 |
| | | Clothing | J | 100.00 |
| | | Couch | J | 40.00 |
| | | Double Bed | J | 50.00 |
| | | Dresser | J | 20.00 |
| | | Dresser | J | 20.00 |
| | | Kitchen Table | J | 100.00 |
| | | Queen Bed | J | 50.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE  Canaday, Matthew Winn & Canaday, Bethani Joy _____  Case No. _____
                                                      Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1980 CV 750 Honda Motorcycle | J | 500.00 |
| | | 1994 Honda Accord | J | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Box Furnace - Sold for fair consideration $1,200.00 | J | 0.00 |
| | | Compressor - Sold for fair consideration $1,700.00 | J | 0.00 |
| | | Computer | J | 100.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____ Case No. _____
                                      Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Forklift - Sold for fair consideration $2693.75 | J | 0.00 |
| | | Lincoln Ranger 250 - Sold for fair consideration $2,200.00 | J | 0.00 |
| | | Trailers - Sold for fair consideration $200.00 | J | 0.00 |
| | | 2 Playpens | J | 40.00 |
| | | 3 tiny tables | J | 30.00 |
| | | Angle Roll | J | 2,000.00 |
| | | Anvil | J | 300.00 |
| | | Art supplies | J | 25.00 |
| | | Band Saw | J | 150.00 |
| | | Booster seat | J | 5.00 |
| | | CNC Machine | J | 2,500.00 |
| | | Cylinders | J | 100.00 |
| | | Delta Drill Press | J | 100.00 |
| | | Furniture/Fixtures | J | 50.00 |
| | | Games/puzzles | J | 25.00 |
| | | Grinders | J | 100.00 |
| | | Highchair | J | 20.00 |
| | | Iron Worker | J | 2,800.00 |
| | | Lincoln Power Mig 200 | J | 700.00 |
| | | Mealtime utensils | J | 25.00 |
| | | Miller CST 250 | J | 600.00 |
| | | Miller Passport | J | 700.00 |
| | | Plasma Cutter | J | 600.00 |
| | | Play Structure | J | 25.00 |
| | | Power Hand Tools | J | 100.00 |
| | | Storage Container | J | 1,800.00 |
| | | Torches | J | 100.00 |
| | | Toys | J | 100.00 |
| | | Trip Hammer | J | 2,500.00 |
| | | Water Table | J | 10.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy                           Case No. _____
                                    Debtor(s)                                            (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 18,105.00 |

_0_ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE Canaday, Matthew Winn & Canaday, Bethani Joy _____ Case No. _____
                                            Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank Account | CCCP § 704.080 | 100.00 | 100.00 |
| 19 inch televistion | CCCP § 704.730(a)(1) | 20.00 | 20.00 |
| Clothing | CCCP § 704.730(a)(1) | 100.00 | 100.00 |
| Couch | CCCP § 704.730(a)(1) | 40.00 | 40.00 |
| Double Bed | CCCP § 704.730(a)(1) | 50.00 | 50.00 |
| Dresser | CCCP § 704.730(a)(1) | 20.00 | 20.00 |
| Dresser | CCCP § 704.730(a)(1) | 20.00 | 20.00 |
| Kitchen Table | CCCP § 704.730(a)(1) | 100.00 | 100.00 |
| Queen Bed | CCCP § 704.730(a)(1) | 50.00 | 50.00 |
| 1980 CV 750 Honda Motorcycle | CCCP § 704.010 | 500.00 | 500.00 |
| 1994 Honda Accord | CCCP § 704.010 | 1,500.00 | 1,500.00 |
| Computer | CCCP § 704.730(a)(1) | 100.00 | 100.00 |
| 2 Playpens | CCCP § 704.060(a)(3) | 40.00 | 40.00 |
| 3 tiny tables | CCCP § 704.060(a)(3) | 30.00 | 30.00 |
| Art supplies | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Booster seat | CCCP § 704.060(a)(3) | 5.00 | 5.00 |
| Games/puzzles | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Highchair | CCCP § 704.060(a)(3) | 20.00 | 20.00 |
| Mealtime utensils | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Play Structure | CCCP § 704.060(a)(3) | 25.00 | 25.00 |
| Toys | CCCP § 704.060(a)(3) | 100.00 | 100.00 |
| Water Table | CCCP § 704.060(a)(3) | 10.00 | 10.00 |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only